United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

YVETTE SMITH,                              §
                                           §
        Plaintiff,                         §
                                           §
VS.                                        §    CIVIL ACTION NO. 4:23-CV-00220
                                           §
BAKER & HOSTETLER, LLP,                    §
                                           §
        Defendant.                         §

## ORDER

On January 19, 2023, the Bankruptcy Court filed a Report and Recommendation for withdrawal of this adversary proceeding's referral to the Bankruptcy Court, recommending that withdrawal should be delayed until the case is ready for trial. (Doc. No. 1). The Court adopted the Report and Recommendation on September 1, 2023, stating that withdrawal would become effective once the Bankruptcy Court finds that this case is ready to proceed to trial. (Doc. No. 4). Nothing has been filed in this case since February 17, 2024.

Accordingly, Plaintiff is **ORDERED** to show cause by **April 20, 2026** as to why this case should not be dismissed for want of prosecution.

Signed on this the ___3rd___ day of April 2026.

Andrew S. Hanen
United States District Judge